STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES PARSELLS, DEFENDANT-PETITIONER.

*Mr. Angelo D. Malandra* and *Mr. Ralph J. Kmiec,* for the petitioner.

*Mr. Evan William Jahos* and *Mr. Ernest M. Curtis,* for the respondent.

September 20, 1966. Denied.

WILLIAM J. SCHWENN, PLAINTIFF-PETITNONER, v. S. GOLDBERG & CO., INC., DEFENDANT-RESPONDENT.

See same case below: 91 *N. J. Super.* 346.

*Messrs. Chandless, Weller & Kramer,* for the petitioner.

*Mr. Jacob Schneider,* for the respondent.

September 20, 1966. Denied.

QUEEN ESTHER WOODS, RESPONDENT-PETITIONER, v. GLADYS BRANCALE, APPELLANT-RESPONDENT.

*Mr. Alex B. Eger, Jr.* and *Mr. Jay M. Hollander,* for the petitioner.

*Messrs. Champi, Graham & Franchino,* for the respondent.

September 20, 1966. Denied.